## STATE v. OSROW CUMMINGS.

(Filed 15 December, 1943.)

APPEAL by defendant from *Nimocks, J.,* at September Term, 1943, of ROBESON.

*Attorney-General McMullan and Assistant Attorneys-General Patton and Rhodes for the State.*
*F. D. Hackett for the defendant, appellant.*

PER CURIAM. The defendant was convicted of an assault on a female, Lilly May Deese, and appealed to this Court, assigning error.

We have given careful attention to the exceptions presented on the appeal, and do not find any of sufficient merit to justify interference with the result of the trial. The exceptions, while carefully prepared and ably presented, involve no novel principles of law, and we have deemed it unnecessary to write an opinion.

We find

No error.